AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PAULA HIGGINBOTHAM individually,
and as next friend for MARQUITA LAQUITA
KING and MARKITA SHANIKA KING

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV204-208

E.H., INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered October 21, 2005, granting Defendant motion for summary judgment; judgment is hereby entered granting Defendant E.H., Inc.'s motion for summary judgment and this case stands dismissed.

EOD: 10/21/05

*Deputy Clerk*

October 21, 2005
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03